PROBATION FORM NO. 35　　　　　　　　　　　　　　Report and Order Terminating Probation/
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## United States District Court

### FOR THE

### DISTRICT OF CONNECTICUT

2007 MAR 28 P 4: 14

UNITED STATES OF AMERICA

v

Crim No: 3:01CR00213(AVC)

KERRY WARD

Re: Early Termination of Supervision

On **November 8, 2004,** the above-named individual commenced a **5** year term of supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*[signature]*
Sandra L. Hunt
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _28th_ day of _MARCH_, 2007.

*[signature]*
The Honorable Alfred V. Covello
Senior United States District Court Judge